IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | No. 19-cv-177-F ) ) |
| BRUCE A. HAUPTMAN and GRAND TETON CAPITAL MANAGEMENT, LLC, | ) ) ) |
| Defendants. | ) ) ) |

## DEFAULT JUDGMENT

The Plaintiff Securities and Exchange Commission ("SEC" or the "Commission") has moved for the entry of a Default Judgment on its Complaint to enforce compliance by the defendants, Bruce A. Hauptman ("Hauptman") and Grand Teton Capital Management, LLC ("GTCM" together "Defendants"), with a final Commission Order (the "Commission Order") entered against them on June 29, 2018 pursuant to Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d) and Section 42(d) of the Investment Company Act of 1940 ("Investment Company Act"), 15 U.S.C. § 80a-41(d). The Commission Order, entitled *In the Matter of Bruce A. Hauptman and Grand Teton Capital Management, LLC.*, Admin. Proc. File No. 3-18559, directed Hauptman and Grand Teton to jointly and severally disgorge $121,026.49 and prejudgment interest of $20,413.35, plus interest accruing pursuant to SEC Rule of Practice 600, 17 C.F.R. § 201.600, and Hauptman to pay a civil money penalty of $160,000, plus interest accruing pursuant to 31 U.S.C. § 3717, and injunctive relief within ten

(10) days from the date of the Commission Order. The Defendants having failed to respond to the Complaint, and it appearing to the Court that such a Judgment should enter, it is hereby:

I.

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order is enforced.

II.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Defendants shall pay, jointly and severally, $121,026.49 in disgorgement and prejudgment interest of $20,413.35, plus interest accruing pursuant to SEC Rule of Practice 600, 17 C.F.R. § 201.600, until the entry of this Judgment, and Hauptman shall pay a civil money penalty of $160,000, plus interest accruing pursuant to 31 U.S.C. § 3717 until the entry of this Judgment. Following entry, post judgment interest on the amounts owed shall accrue pursuant to 28 U.S.C. § 1961.

III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Defendants shall make payment in one of the following ways:

(1) Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2) Defendants may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3) Defendants may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

   Enterprise Services Center
   Accounts Receivable Branch
   HQ Bldg., Room 181, AMZ-341
   6500 South MacArthur Boulevard
   Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying the Defendants in this action making the payment, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to Michael J. Roessner, Securities and Exchange Commission, 100 F Street, NE, Mail stop 5631, Washington, DC 20549-0022.

## IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that Hauptman is:

(1) To cease and desist from committing or causing any violations and any future violations of Sections 206(1), 206(2), and 206(4) and Section 207 of the Advisers Act, and Rules 206(4)-8(a)(1) and (a)(2) promulgated thereunder;

(2) barred from association with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization; and

(3) prohibited from serving or acting as an employee, officer, director, member of an advisory board, investment adviser or depositor or, or principal underwriter for, a registered investment company or affiliated person of such investment adviser, or depositor, or principal underwriter;

and that GTCM is censured as provided in the Commission Order.

{Remainder of page intentionally left blank}

V.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to disgorgement and prejudgment interest through civil contempt and/or other collection procedures authorized by law.

VI.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated: October 9, 2019

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE